Certificate Number: 05781-CAS-DE-041445124

Bankruptcy Case Number: 26-03857

05781-CAS-DE-041445124

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on September 14, 2026, at 10:25 o'clock PM PDT, Agustin Rodriguez completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Southern District of California.

Date: September 14, 2026

By: /s/Allison M Geving

Name: Allison M Geving

Title: President